UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                                   Case No. 2:21–cv–12928–DPH–JJCG
                                                Hon. Denise Page Hood

Diesel Ops LLC, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Nicholas Piccolo

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: s/ S. Schoenherr
                                                      Deputy Clerk

Dated:  May 31, 2022